RECEIVED
DEC 02 2025
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

ROBERT BROOKS HOEL,
Plaintiff,

Civil Action No. 25-cv-4508 PJS\DTS

v.

WRIGHT COUNTY,
Defendant.

# COMPLAINT

## INTRODUCTION

This action seeks a declaration determining the legally operative expiration date of Plaintiff's supervised probation term in Case No. 86-CR-16-4175.

## I. JURISDICTION AND VENUE

1. This Court has subject-matter jurisdiction under 28 U.S.C. § 1331 because this action seeks relief under the Declaratory Judgment Act, 28 U.S.C. §§ 2201–2202.
2. Venue is proper in the District of Minnesota under 28 U.S.C. § 1391(b)(1) because Defendant Wright County is located in Minnesota, and the events relevant to this action occurred within this District.

SCANNED
DEC 02 2025
U.S. DISTRICT COURT DULUTH

## II. PARTIES

3. Plaintiff Robert Brooks Hoel is an adult individual and the defendant in State of Minnesota vs ROBERT BROOKS HOEL, Case No. 86-CR-16-4175

4. Defendant Wright County is a political subdivision of the State of Minnesota responsible for maintaining the official record in the above-referenced criminal case.

## III. STATEMENT OF FACTS

5. Plaintiff was sentenced on May 18, 2017 in the case titled State of Minnesota vs ROBERT BROOKS HOEL, Case No. 86-CR-16-4175.

6. The Register of Actions for this case (Exhibit A) includes, under its Disposition section dated May 18, 2017, an Adult Monitoring entry reflecting a supervised probation term of May 18, 2017 through May 18, 2019.

7. The ORDER / WARRANT OF COMMITMENT filed on May 18, 2017 (Exhibit B) likewise reflects a supervised probation term beginning May 18, 2017 and ending May 18, 2019.

## IV. CLAIM FOR DECLARATORY RELIEF (28 U.S.C. § 2201)

8. Plaintiff seeks a declaratory judgment determining the legally operative expiration date of his supervised probation term in State of Minnesota vs ROBERT BROOKS HOEL, Case

No. 86-CR-16-4175, based on the governing provisions of Minnesota law and the official record of the case.

## V. PRAYER FOR RELIEF

9. WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in his favor;

10. Issue a declaratory judgment under 28 U.S.C. § 2201 stating the legally operative expiration date of Plaintiff's supervised probation term in Case No. 86-CR-16-4175; and

11. Grant any further relief the Court deems proper under 28 U.S.C. § 2202.

Respectfully submitted this 2nd day of December, 2025.

Robert Brooks Hoel

Robert Brooks Hoel

General Delivery

Minneapolis, MN 55401

bobhoel@gmail.com

Pro Se Plaintiff