RECEIVED
DEC 02 2025
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

**EXHIBIT INDEX**

Exhibit A: Register of Actions for State of Minnesota vs ROBERT BROOKS HOEL, Case No. 86-CR-16-4175, as retrieved on November 27, 2025 at 2:01 p.m.

Exhibit B: ORDER / WARRANT OF COMMITMENT filed May 18, 2017 in Case No. 86-CR-16-4175 (document attached to Index 31 on the Register of Actions).

SCANNED
DEC 02 2025
U.S. DISTRICT COURT DULUTH

# EXHIBIT A

## Register of Actions – Case No. 86-CR-16-4175

This exhibit consists of the complete Register of Actions for State of Minnesota vs ROBERT BROOKS HOEL, Case No. 86 CR-16-4175, as retrieved from the Minnesota Court Records Online system on November 27, 2025 at 2:01 p.m.

MINNESOTA
JUDICIAL BRANCH
MINNESOTA COURT RECORDS ONLINE (MCRO)

## Case Details (Register of Actions)

Search executed on 11/27/2025 02:00 PM

Current Balance as of **11/27/2025** is **$415.00**

### Case Information

Case Number: 86-CR-16-4175
Case Title: State of Minnesota vs ROBERT BROOKS HOEL
Case Type: Crim/Traf Mandatory
Date Filed: 08/29/2016
Case Location: Wright County
Case Status: Closed

### Related Cases

86-CV-16-5047

### Party Information

**Jurisdiction**
State of Minnesota

**Attorneys Active**
- KARVEL, THOMERA RAYE - Lead Attorney

**Attorneys Inactive**
- SIMONDS, SHANE EDWARD

**Defendant**
HOEL, ROBERT BROOKS
DOB: 09/29/1975
MINNEAPOLIS, MN 55401

**Self-Represented Litigant**
**Attorneys Inactive**
- BRODIN, JACOB JAMES
- MEHAWEJ, ALLISON TERESE

### Warrants

**Inactive Warrants**

HOEL, ROBERT BROOKS Bench Warrant-fail to appear at a hearing
Judicial Officer: Willis, Kari

| | | |
|---|---|---|
| 08/05/2025 | 11:12 AM | Status: Warrant Cleared by Wt Office |
| 07/15/2024 | 12:39 PM | Status: Issued Active |
| 07/15/2024 | 09:00 AM | Status: Warrant Requested |

Bond/Bail Options
Bond or Cash Bail — Amount: $2,000.00

HOEL, ROBERT BROOKS Bench Warrant-fail to appear at a hearing
Judicial Officer: Mottl, Kathleen A.

| | | |
|---|---|---|
| 06/08/2024 | 08:33 AM | Status: Warrant Cleared by Wt Office |
| 01/13/2021 | 01:11 PM | Status: Issued Active |
| 01/13/2021 | 08:30 AM | Status: Warrant Requested |

Bond/Bail Options
Bond or Cash Bail — Amount: $0.00

HOEL, ROBERT BROOKS Bench Warrant-fail to appear at a hearing
Judicial Officer: Davis, Michele A.

| | | |
|---|---|---|
| 08/15/2019 | 09:02 PM | Status: Warrant Cleared by Wt Office |
| 04/23/2018 | 10:12 AM | Status: Issued Active |
| 04/18/2018 | 01:00 PM | Status: Warrant Requested |

Bond/Bail Options
Bond or Cash Bail — Amount: $500.00

**Charges**

1 Traffic - DWI - Refuse to Submit to Chemical Test **Statute:** 169A.20.2

**Additional Statute:** Traffic - DWI - Second-Degree Driving While Impaired; Criminal Penalty (169A.25.2)

**Disposition:** Dismissed **Disposition Date:** 05/18/2017

**Level of Charge:** Gross Misdemeanor

**Offense Date:** 08/28/2016

**Community Of Offense:** Otsego

**Law Enforcement Agency:** MN State Patrol - St. Cloud

**Prosecuting Agency:** Wright County Attorney

2 Traffic - DWI - Operate Motor Vehicle Under Influence of Alcohol **Statute:** 169A.20.1(1)

**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)

**Disposition:** Convicted **Disposition Date:** 05/18/2017
**Level of Sentence:** Convicted of a Gross Misdemeanor

**Level of Charge:** Gross Misdemeanor

**Offense Date:** 08/28/2016

**Community Of Offense:** Otsego

**Law Enforcement Agency:** MN State Patrol - St. Cloud

**Prosecuting Agency:** Wright County Attorney

## Case Events

**09/15/2025** Collection Referral Rejected by Collection Agency

**09/08/2025** Sent to Collections

**09/04/2025** Discharge from Probation or Monitoring
Index #79

**08/06/2025** Order for Conditional Release
Judicial Officer: Bollman, Suzanne
Index #78
*1 page*

**08/06/2025** Probation Violation Dismissed
Judicial Officer: Bollman, Suzanne
Index #77

| | | |
|---|---|---|
| 08/06/2025 | Court Clerk Minutes<br>Index #76 | 1 page |
| 08/06/2025 | Hearing Held Remote | |
| 08/06/2025 | Statement of Rights<br>Index #75 | 2 pages |
| 08/06/2025 | Warrant Return of Service<br>Index #74 | 1 page |
| 08/05/2025 | Warrant Cleared by Wt Office | |
| 07/07/2025 | Notice of Hearing<br>Index #73 | 1 page |
| 07/01/2025 | Notice of Judicial Determination<br>Index #72 | 3 pages |
| 06/30/2025 | Motion<br>Party: Defendant HOEL, ROBERT BROOKS<br>Index #71 | 3 pages |
| 03/04/2025 | Probation End Date | |
| 07/15/2024 | Warrant Issued<br>Index #70 | 1 page |
| 07/15/2024 | Fail to Appear at a hearing | |
| 07/15/2024 | Hearing Held Remote | |
| 07/15/2024 | Court Clerk Minutes<br>Index #69 | 1 page |
| 06/13/2024 | Notice of Remote Hearing with Instructions<br>Index #68 | |

2 pages

| | | |
|---|---|---|
| 06/12/2024 | Sign & Release Warrant Court Date & Def Info Form<br>Index #67 | 1 page |
| 06/10/2024 | Warrant Return of Service<br>Index #66 | 1 page |
| 06/10/2024 | Warrant Return of Service<br>Index #65 | 1 page |
| 06/08/2024 | Warrant Cleared by Wt Office | |
| 04/19/2022 | Order Forfeiting Cash Bond or Surety Bond<br>Judicial Officer: McPherson, Catherine<br>Party: Defendant HOEL, ROBERT BROOKS<br>Index #64 | 1 page |
| 01/13/2021 | Warrant Issued<br>Index #63 | Unknown pages |
| 01/13/2021 | Fail to Appear at a hearing | |
| 01/13/2021 | Hearing Held Using Remote Technology | |
| 01/13/2021 | Court Clerk Minutes<br>Index #62 | 1 page |
| 11/17/2020 | Hearing Held Using Remote Technology | |
| 11/17/2020 | Court Clerk Minutes<br>Index #61 | 1 page |
| 11/17/2020 | Notice of Remote Hearing with Instructions<br>Index #60 | 2 pages |

| | | |
|---|---|---|
| 07/29/2020 | Court Clerk Minutes<br>Index #59 | 1 page |
| 07/29/2020 | Hearing Held Using Remote Technology<br>Judicial Officer: Davis, Michele A. | |
| 07/29/2020 | Notice of Remote Hearing with Instructions<br>Index #58 | 2 pages |
| 07/06/2020 | Notice of Remote Hearing with Instructions<br>Index #57 | 2 pages |
| 05/06/2020 | Pandemic Notice of Cancelled or Rescheduled Hearing<br>Index #56 | 1 page |
| 05/06/2020 | Pandemic Event | |
| 05/04/2020 | Collection Referral Closed by Collection Agency | |
| 03/11/2020 | Notice of Hearing<br>Index #55 | 1 page |
| 03/11/2020 | Court Clerk Minutes<br>Index #54 | 1 page |
| 12/11/2019 | Notice of Hearing<br>Index #53 | 1 page |
| 12/11/2019 | Court Clerk Minutes<br>Index #52 | 1 page |
| 11/19/2019 | Order Granting Public Defender<br>Judicial Officer: Mottl, Kathleen A.<br>Index #51 | 1 page |
| 11/19/2019 | Application for Public Defender | |

Index #50

| | | | |
|---|---|---|---|
| 11/19/2019 | Order for Conditional Release<br>Judicial Officer: Mottl, Kathleen A.<br>Index #49 | | 1 page |
| 11/19/2019 | Court Clerk Minutes<br>Index #48 | | 1 page |
| 09/06/2019 | Warrant Return of Service<br>Index #47 | | 1 page |
| 09/06/2019 | Warrant Return of Service<br>Index #46 | | 1 page |
| 09/05/2019 | Notice of Hearing<br>Index #45 | | 1 page |
| 09/05/2019 | Court Clerk Minutes<br>Index #44 | | 1 page |
| 09/05/2019 | Notice of Hearing<br>Index #43 | | 1 page |
| 09/04/2019 | Notice of Judicial Determination<br>Judicial Officer: Strand, Elizabeth<br>Index #42 | | 1 page |
| 09/04/2019 | Request for Continuance Needing Judicial Approval<br>Party: Defendant HOEL, ROBERT BROOKS<br>Index #41 | | 1 page |
| 08/26/2019 | Notice of Hearing<br>Index #40 | | 1 page |

| | | |
|---|---|---|
| 08/26/2019 | Law Enforcement Notice of Release and Appearance<br>Index #39 | 1 page |
| 08/15/2019 | Warrant Cleared by Wt Office | |
| 05/07/2019 | Update sent to Collections | |
| 04/23/2018 | Warrant Issued<br>Index #38 | 1 page |
| 04/18/2018 | Warrant Request<br>Judicial Officer: Davis, Michele A.<br>Party: Jurisdiction State of Minnesota<br>Index #37 | |
| 04/18/2018 | Fail to Appear at a hearing<br>Party: Defendant HOEL, ROBERT BROOKS | |
| 04/18/2018 | Court Clerk Minutes<br>Index #36 | 1 page |
| 03/19/2018 | Notice of Hearing<br>Index #35 | 1 page |
| 03/16/2018 | Probation Violation Summons<br>Index #34 | 2 pages |
| 03/16/2018 | Probation Violation Report<br>Index #33 | |
| 03/16/2018 | Proposed Probation Violation Summons or Warrant<br>Index #32 | |
| 11/14/2017 | Sent to Collections | |
| 05/18/2017 | Criminal Judgment and Warrant of Commitment<br>Judicial Officer: Halsey, Stephen M. | 3 pages |

Index #31

| | | | |
|---|---|---|---|
| 05/18/2017 | Court Clerk Minutes<br>Index #30 | | 1 page |
| 05/18/2017 | Conviction Sent to DPS | | |
| 05/08/2017 | Presentence Investigation Report<br>Index #29 | | |
| 04/24/2017 | Order-Presentence Investigation<br>Judicial Officer: Davis, Michele A.<br>Index #28 | | |
| 04/24/2017 | Petition to Enter Guilty Plea<br>Index #27 | | 2 pages |
| 04/24/2017 | Notice of Hearing<br>Index #26 | | 1 page |
| 04/24/2017 | Court Clerk Minutes<br>Index #25 | | 1 page |
| 04/14/2017 | Notice of Hearing<br>Index #24 | | 1 page |
| 04/14/2017 | Correspondence<br>Party: Attorney BRODIN, JACOB JAMES<br>Index #23 | | 1 page |
| 04/13/2017 | Correspondence for Judicial Approval<br>Index #22 | | 1 page |
| 03/09/2017 | Notice of Hearing<br>Index #21 | | 1 page |
| 03/08/2017 | Chemical Dependency Evaluation Report | | |

Index #20

| | | |
|---|---|---|
| 02/01/2017 | Notice of Hearing<br>Index #19 | 1 page |
| 02/01/2017 | Correspondence<br>Judicial Officer: Mottl, Kathleen A.<br>Party: Attorney BRODIN, JACOB JAMES<br>Index #18 | 1 page |
| 02/01/2017 | Request for Continuance Needing Judicial Approval<br>Index #17 | 1 page |
| 12/28/2016 | Notice of Hearing<br>Index #16 | 1 page |
| 11/07/2016 | Notice of Evidence and Identification Procedures<br>Party: Attorney SIMONDS, SHANE EDWARD<br>Index #15 | 1 page |
| 11/04/2016 | Notice of Hearing<br>Index #14 | 1 page |
| 11/04/2016 | Correspondence<br>Index #13 | 1 page |
| 11/04/2016 | Correspondence for Judicial Approval<br>Index #12 | 1 page |
| 10/11/2016 | Demand or Request for Discovery<br>Party: Attorney BRODIN, JACOB JAMES<br>Index #11 | 3 pages |
| 10/11/2016 | Certificate of Representation<br>Party: Attorney BRODIN, JACOB JAMES<br>Index #10 | 1 page |

| | | |
|---|---|---|
| 10/05/2016 | Court Clerk Minutes<br>Index #9 | 1 page |
| 10/05/2016 | Notice of Hearing<br>Index #8 | 1 page |
| 09/02/2016 | Other Document<br>Index #5 | 1 page |
| 08/30/2016 | Law Enforcement Notice of Release and Appearance<br>Index #4 | 1 page |
| 08/30/2016 | Non-Cash Bond Posted<br>Index #3 | 2 pages |
| 08/29/2016 | Order for Conditional Release<br>Judicial Officer: Mottl, Kathleen A.<br>Index #7 | 1 page |
| 08/29/2016 | Court Clerk Minutes<br>Index #6 | 1 page |
| 08/29/2016 | Driver's Record<br>Index #2 | |
| 08/29/2016 | E-filed Comp-Order for Detention<br>Judicial Officer: McPherson, Catherine<br>Index #1 | 4 pages |

## Hearings

Previous Hearings

| | |
|---|---|
| 09/03/2025<br>09:00 AM | Motion Hearing<br>Judicial Officer: McPherson, Catherine<br>Location: Courtroom 110 |

Cancelled; Other

| | | |
|---|---|---|
| 08/06/2025 11:00 AM | Probation Violation Hearing<br>Judicial Officer: Bollman, Suzanne<br>Location: Remote Courtroom F | **Result:** Held On the Record |
| 07/15/2024 09:00 AM | Probation Violation Hearing<br>Judicial Officer: Willis, Kari<br>Location: Remote Courtroom G | **Result:** Held On the Record |
| 01/13/2021 09:00 AM | Hearing<br>Judicial Officer: Mottl, Kathleen A. | **Result:** Held On the Record |
| 11/17/2020 08:30 AM | Hearing<br>Judicial Officer: Strand, Elizabeth | **Result:** Held On the Record |
| 07/29/2020 01:30 PM | Probation Violation Hearing<br>Judicial Officer: Davis, Michele A.<br>Location: Courtroom 1 | **Result:** Held On the Record |
| 05/27/2020 01:00 PM | Probation Violation Hearing<br>Judicial Officer: Mottl, Kathleen A.<br>Cancelled; Other | |
| 03/11/2020 01:00 PM | Probation Violation Hearing<br>Judicial Officer: Davis, Michele A.<br>Location: Courtroom 5 | **Result:** Held On the Record |
| 12/11/2019 01:00 PM | Probation Violation Hearing<br>Judicial Officer: Halsey, Stephen M.<br>Location: Courtroom 5 | **Result:** Held On the Record |
| 11/19/2019 01:00 PM | Probation Violation Hearing<br>Judicial Officer: Mottl, Kathleen A.<br>Location: Courtroom 2 | **Result:** Held On the Record |
| 09/05/2019 08:30 AM | Probation Violation Hearing<br>Judicial Officer: Davis, Michele A.<br>Location: Courtroom 2<br>Cancelled; Other | |
| 04/18/2018 01:00 PM | Hearing<br>Judicial Officer: Davis, Michele A.<br>Location: Courtroom 2 | **Result:** Held |

| | | |
|---|---|---|
| 05/18/2017<br>01:00 PM | Sentencing<br>Judicial Officer: Halsey, Stephen M.<br>Location: Courtroom 2 | **Result:** Held |
| 04/24/2017<br>01:00 PM | Plea Hearing<br>Judicial Officer: Davis, Michele A.<br>Location: Courtroom 1 | **Result:** Held |
| 04/14/2017<br>08:30 AM | Plea Hearing<br>Judicial Officer: McPherson, Catherine<br>Location: Courtroom 5<br>Cancelled; Other | |
| 03/09/2017<br>01:00 PM | Omnibus Hearing<br>Judicial Officer: Halsey, Stephen M.<br>Location: Courtroom 5<br><br>Date Updated: 02/01/2017<br>Reset by Court to 03/09/2017 01:00 PM - Defendant Request<br><br>Original Hearing Date: 02/06/2017 01:00 PM | **Result:** Held |
| 12/28/2016<br>01:00 PM | Hearing<br>Judicial Officer: Strand, Elizabeth<br>Location: Courtroom 5<br><br>Date Updated: 11/04/2016<br>Reset by Court to 12/28/2016 01:00 PM - Attorney Unavailable<br><br>Original Hearing Date: 11/08/2016 08:30 AM | **Result:** Held |
| 10/05/2016<br>08:30 AM | Initial Appearance - Rule 8<br>Judicial Officer: Tenney, Geoffrey W.<br>Location: Courtroom 2 | **Result:** Held |
| 08/29/2016<br>03:00 PM | First Appearance<br>Judicial Officer: Mottl, Kathleen A.<br>Location: Courtroom 2 | **Result:** Held |

## Dispositions

| | |
|---|---|
| 05/18/2017 | **Court Decision - Sentenced** |

Judicial Officer: Halsey, Stephen M.

2 Traffic - DWI - Operate Motor Vehicle Under Influence of Alcohol

**Statute:** 169A.20.1(1)

**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)

**Disposition:** Convicted
**Level of Sentence:** Convicted of a Gross Misdemeanor

**Level of Charge:** Gross Misdemeanor

**Offense Date:** 08/28/2016

**Community Of Offense:** Otsego

**Law Enforcement Agency:** MN State Patrol - St. Cloud

**Prosecuting Agency:** Wright County Attorney

**Local Confinement:**
Agency: Wright County Jail
Term: 364 Days
Time To Serve: 40 Days
Stay: 324 Days For 2 Yr
Credit For Time Served: 2 Days
Serve As:
Work Release (If Eligible)
Sentence To Serve (If Eligible)
Comment: to begin within 45 days. May do jail in home county . Sentence reduced on 2025-01-09 to 364 days per Minn. Stat. sec. 609.0342(b).

**Monitoring - Adult:**
Type: Supervised probation
Agency: Wright County Probation
Term of 2 Yr
05/18/2017 - 05/18/2019
Status: Closed 03/04/2025

**Fees: (Grand Total: $415.00)**
Fine Totals: $300.00
Fine: $3,000.00
Adjustment: $2,700.00

Law Library Fees: $10.00
Hwy Patrol Fines: $300.00
Crim/Traffic Surcharge (once per case): $75.00
Chemical Dependency Assessment (State Share): $30.00

**Condition - Adult:**

1. Educational assessment/program, Complete a Level 2, 24 hour driving with care program to begin within 60 days of jail completion, 05/18/2017
2. No alcohol/controlled substance use. With the exception of prescribed medications., 05/18/2017
3. No possession of alcohol or drugs, With the exception of prescribed medications., 05/18/2017
4. Random testing, 05/18/2017
5. No driver license violations, 05/18/2017
6. No driving without insurance, 05/18/2017
7. Remain law-abiding, 05/18/2017
8. No same or similar, 05/18/2017
9. No alcohol-related traffic offenses, 05/18/2017
10. No Alcohol Related Offenses, 05/18/2017

**Level of Sentence:**
Convicted of a Gross Misdemeanor

05/18/2017 **Disposition**
Judicial Officer: Halsey, Stephen M.

1 Traffic - DWI - Refuse to Submit to Chemical Test

**Statute:** 169A.20.2

**Additional Statute:** Traffic - DWI - Second-Degree Driving While Impaired; Criminal Penalty (169A.25.2)

**Disposition:** Dismissed

**Level of Charge:** Gross Misdemeanor

**Offense Date:** 08/28/2016

**Community Of Offense:** Otsego

**Law Enforcement Agency:** MN State Patrol - St. Cloud

**Prosecuting Agency:** Wright County Attorney

2 Traffic - DWI - Operate Motor Vehicle Under Influence of Alcohol

**Statute:** 169A.20.1(1)

**Additional Statute:** Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty (169A.26.2)

**Disposition:** Convicted

**Level of Charge:** Gross Misdemeanor

**Offense Date:** 08/28/2016

**Community Of Offense:** Otsego

**Law Enforcement Agency:** MN State Patrol - St. Cloud

**Prosecuting Agency:** Wright County Attorney

**04/24/2017**

**Plea**

Judicial Officer: Davis, Michele A.

2 Traffic - DWI - Operate Motor Vehicle Under Influence of Alcohol

**Statute:** 169A.20.1(1)

**Level of Charge:** Gross Misdemeanor

**Offense Date:** 08/28/2016

**Guilty**

## Bond/Bail Activity

**Cash Bail** Current Balance: $0.00

HOEL, ROBERT BROOKS

04/19/2022 Status: Forfeited

08/26/2019 Status: Posted

$500.00

**Appearance Bond**

HOEL, ROBERT BROOKS

05/18/2017 Status: Discharged

08/30/2016 Status: Posted

$12,000.00

## Financial Information

**Defendant - HOEL, ROBERT BROOKS**

| | | |
|---|---|---|
| Fines and Fees | $ | 915.00 |
| Total Payments and Credits | - $ | 500.00 |
| **Current Balance as of 11/27/2025** | **$** | **415.00** |

**Transaction Details**

| | | | |
|---|---|---|---|
| **04/19/2022** | Adjustment | - $ | 500.00 |
| **04/19/2022** | Charge | $ | 500.00 |
| **05/18/2017** | Charge | $ | 415.00 |

Search executed on 11/27/2025 02:00 PM

# EXHIBIT B

## ORDER / WARRANT OF COMMITMENT – Filed May 18, 2017

This exhibit consists of the ORDER / WARRANT OF COMMITMENT filed on May 18, 2017 in State of Minnesota vs ROBERT BROOKS HOEL, Case No. 86-CR-16-4175 (document attached at Index 31 on the Register of Actions).

**The State of Minnesota**
Wright County

**District Court**
10th Judicial District

**State of Minnesota vs ROBERT BROOKS HOEL**

**Case Number: 86-CR-16-4175**

**ORDER**

**WARRANT OF COMMITMENT**

**CURRENT DEFENDANT INFORMATION**

| | | | |
|---|---|---|---|
| Known Address: | 1738 Warren Avenue<br>Duluth, MN 55811 | Correspondence Address: | 1738 Warren Avenue<br>Duluth, MN 55811 |
| Phone Number: | (H) 218-393-5255 | Sex: | Male |
| | | DOB: | 09/29/1975 |
| | | SID: | MN 94006065 |

**CASE CHARGES**

| Ct | Statute | Type | Description | Disposition |
|---|---|---|---|---|
| 1 | 169A.20.2 | Charging | Traffic - DWI - Refuse to Submit to Chemical Test | Dismissed |
| 2 | 169A.20.1(1) | Charging | Traffic - DWI - Operate Motor Vehicle Under Influence of Alcohol | Convicted |
| | 169A.26.2 | Penalty | Traffic - DWI - Third-Degree Driving While Impaired; Criminal Penalty | |

**TERMS OF DISPOSITION OR SENTENCE: COUNT 2**

**Level of Sentence:** **Gross Misdemeanor**

**Date Pronounced:** **May 18, 2017**

*Offense Information*

| Ct | Offense Date | Statute | Description | Offense Disposition |
|---|---|---|---|---|
| 2 | 08/28/2016 | 169A.20.1(1) | Traffic - DWI - Operate Motor Vehicle Under Influence of Alcohol | Convicted |
| | **MOC at Filing** | **GOC** | **Controlling Agency** | **Controlling No.** |
| | JF501 | | MN State Patrol - St. Cloud | 16603247 |

*Sentence Details*

***Local Confinement***

Defendant is sentenced to 365 days in the Wright County Jail. 325 days of that time is stayed for 2 years. Defendant is to serve 40 days on Work Release or Sentence To Serve, if eligible. ~~Credit for time served~~ amount is 2 days.

to begin within 45 days. May do jail in home county

Status: Active

Status Date: 05/18/2017

FILED
TENTH JUDICIAL DISTRICT COURT
MAY 18 2017
WRIGHT COUNTY, MINNESOTA
BY

***Monitoring - Adult***

Defendant is placed on Supervised probation for 2 years, monitored by Wright County Probation.

Start Date: 05/18/2017 Discharge Date: 05/18/2019

Status: Active Status Date: 05/18/2017

***Fees***

Sentence includes a $3,000.00 fine. $2,700.00 is stayed. $300.00 fine imposed.

| | | | |
|---|---|---|---|
| Law Library Fees | $10.00 | | |
| Hwy Patrol Fines | $300.00 | | |
| Crim/Traffic Surcharge (once per case) | $75.00 | | |
| Chemical Dependency Assessment (State Share) | $30.00 | | |
| **Subtotal** | **$415.00** | **Due** | **08/16/2017** |

***Conditions - Adult***

Defendant is placed under the following conditions:

| **Condition** | **Location** | **Amt** | **Effective** | **End** |
|---|---|---|---|---|
| Educational assessment/program | | | 05/18/2017 | |
| Complete a Level 2, 24 hour driving with care program to begin within 60 days of jail completion | | | | |
| No alcohol/controlled substance use | | | 05/18/2017 | |
| With the exception of prescribed medications. | | | | |
| No possession of alcohol or drugs | | | 05/18/2017 | |
| With the exception of prescribed medications. | | | | |
| Random testing | | | 05/18/2017 | |
| No driver license violations | | | 05/18/2017 | |
| No driving without insurance | | | 05/18/2017 | |
| Remain law-abiding | | | 05/18/2017 | |
| No same or similar | | | 05/18/2017 | |
| No alcohol-related traffic offenses | | | 05/18/2017 | |
| No Alcohol Related Offenses | | | 05/18/2017 | |

**GRAND TOTALS**

**Date of Sentence: 05/18/2017**

Due Date: 08/16/2017

Original Amount: $415.00

The court may refer this case for collection if you fail to make a payment, and collection costs will be added. You have the right to contest a referral for collection based on inability to pay by requesting a hearing no later than the due date. M.S. §§ 480.15, subd 10c; 609.104

**CREDIT TIME SERVED**

**Count 2: 2 days**

**SIGNATURE**

______________________________ Judge Stephen M. Halsey

Sentence pronounced on 05/18/2017 by District Court Judge

Court Administrator: Monica Tschumper 763-682-7539

*If you have questions regarding the terms of your sentence or disposition please contact your attorney, JACOB JAMES BRODIN 612-454-0155, your probation agent or court administrator.*