**S-44 CIVIL COVER SHEET**

**1. PLAINTIFFS**

**Robert Brooks Hoel**

**DEFENDANTS**

**WRIGHT COUNTY**

---

**2. BASIS OF JURISDICTION**

**☒ 3. Federal Question**

---

**3. CITIZENSHIP OF PRINCIPAL PARTIES**

---

**4. NATURE OF SUIT**

**☒ 220 — Declaratory Judgment**

---

**5. ORIGIN**

**☒ 1. Original Proceeding**

---

**6. CAUSE OF ACTION**

**28 U.S.C. §§ 2201–2202 — Action seeking a declaratory judgment determining the legally operative expiration date of Plaintiff's supervised probation term.**

---

**7. REQUESTED IN COMPLAINT**

- **☒ Declaratory Relief**
- (Leave "injunctive relief" blank)
- **Monetary demand: 0.00**

**8. RELATED CASES IF ANY**

No

**9. ATTORNEY INFORMATION**

Robert Brooks Hoel (Pro Se)
General Delivery
Minneapolis, MN 55401
Phone: (612) 234-2169
Email: bobhoel@gmail.com