RECEIVED
DEC 02 2025
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

# AO-240 — Application to Proceed In District Court Without Prepaying Fees or Costs (IFP)

**1. Personal Information** - **Name:** Robert Brooks Hoel - **Address:** General Delivery, Minneapolis, MN 55401 - **Phone:** 612-234-2169 - **Email:** bobhoel@gmail.com

**2. Employment Information** - Currently employed? **No** - Monthly income from employment: **$0**

**3. Other Income** - Income from any source (gifts, benefits, assistance, etc.): **None**

**4. Cash / Assets** - Cash on hand / bank accounts: **$0** - Any other assets of value: **None**

**5. Monthly Expenses** - Total monthly expenses: **$0**

**6. Dependents** - Number of dependents: **0** - Support provided: **None**

**7. Debts / Financial Obligations** - Total debts: **$0**

**8. Declaration** I declare under penalty of perjury that the above information is true and correct to the best of my knowledge and belief.

**Signature:** Robert Brooks Hoel
**Date:** 12/2/25

**Applicant:**
Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401
Phone: (612) 234-2169
Email: bobhoel@gmail.com