# UNITED STATES DISTRICT COURT

## District of Minnesota

Robert Brooks Hoel,

Plaintiff,

v.

Wright County,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-4508 PJS/DTS

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's Complaint, [ECF No. 1], is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

2. Plaintiff's application to proceed *in forma pauperis*, [ECF No. 2], is DENIED as MOOT.

Date: 12/8/2025

KATE M. FOGARTY, CLERK